UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MTGLQ Investors, L.P., | No. 2:15-cv-2317 KJM AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| RICHARD CAMPBELL, STEPHANIE CAMPBELL, STEPHEN HARMON, and DOES 1-5, | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge by E.D. Cal. R. 302(c)(21).

On March 3, 2016, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 12. Neither party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 3, 2016 (ECF No. 12) are adopted in full;

2. Plaintiff's Motion to Remand (ECF No. 4) is granted;

3. This action is remanded to state court under 28 U.S.C. § 1447(c), for lack of federal jurisdiction;

4. The IFP application (ECF No. 2) is denied as moot; and

5. Plaintiff's pending motion to remand the case to state court (ECF No. 14) also is denied as moot.

DATED: June 3, 2016.

_____
UNITED STATES DISTRICT JUDGE